Chester Rothstein (CR 1417)
Michael P. Kenney (MK 0740)
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York  10016
(212) 336-8000

Attorneys for Plaintiffs
Stuart Weitzman IP, LLC and
Stuart Weitzman, LLC

RECEIVED
JAN 16 2008
U.S.D.C. S.D. N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - -x

STUART WEITZMAN IP, LLC, and
STUART WEITZMAN, LLC,

                    Plaintiffs

          v.

J.C. PENNEY, INC. and MARK TUCKER, INC.

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - -x

Judge Pauley

Civil Action No. 08 CV 00413
ECF Case

**Rule 7.1 Corporate
Disclosure Statement**

## RULE 7.1 CORPORATE DISCLOSURE FOR STUART WEITZMAN IP, LLC

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for the Plaintiff Stuart Weitzman IP, LLC, hereby certifies that the following are the corporate parents and publicly held corporations owning ten percent (10%) or more of the stock of Stuart Weitzman IP, LLC: NONE

                Respectfully submitted,

                AMSTER, ROTHSTEIN & EBENSTEIN LLP

388157.1

Chester Rothstein (CR 1417)
Michael P. Kenney (MK 0740)
Attorneys for Plaintiff Delta Enterprise Corp.
90 Park Avenue
New York, New York  10016
(212) 336-8000

Dated:   January 8, 2008

By _____

Chester Rothstein (CR 1417)
Michael P. Kenney (MK 0740)

388157.1