Chester Rothstein (CR 1417)
Michael P. Kenney (MK 0740)
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York  10016
(212) 336-8000

Attorneys for Plaintiffs
Stuart Weitzman IP, LLC and
Stuart Weitzman, LLC



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

STUART WEITZMAN IP, LLC, and
STUART WEITZMAN, LLC,

           Plaintiffs

     v.

J.C. PENNEY, INC. and MARK TUCKER, INC.

           Defendants.

------------------------------x

Civil Action No. 08 CV 00413
ECF Case

**Rule 7.1 Corporate Disclosure Statement**

## RULE 7.1 CORPORATE DISCLOSURE FOR STUART WEITZMAN, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for the Plaintiff Stuart Weitzman, LLC, hereby certifies that the following are the corporate parents and publicly held corporations owning ten percent (10%) or more of the stock of Stuart Weitzman, LLC: NONE

                    Respectfully submitted,

                    AMSTER, ROTHSTEIN & EBENSTEIN LLP
                    Chester Rothstein (CR 1417)

Michael P. Kenney (MK 0740)
Attorneys for Plaintiff Delta Enterprise Corp.
90 Park Avenue
New York, New York  10016
(212) 336-8000

Dated:   January 8, 2008

By _____
Chester Rothstein (CR 1417)
Michael P. Kenney (MK 0740)