USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2008

RECEIVED MAR 31 CHAMBERS OF WILLIAM H. PAULEY III U.S.D.J.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
STUART WEITZMAN IP, LLC, and
STUART WEITZMAN, LLC,

　　　　　Plaintiffs,

　v.

J.C. PENNEY, INC. and MARK TUCKER, INC.,

　　　　　Defendants.
---------------------------------x

2008-CV-00413 (WHP)

*ECF Case*

**STIPULATION OF DISMISSAL, WITH PREJUDICE, PURSUANT TO RULE 41(a)(1)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties to the instant litigation that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-identified action, including all claims, counterclaims and cross-claims, is dismissed with prejudice, all parties to bear their own costs and attorney fees. The Court retains jurisdiction to enforce the Settlement Agreement of the parties.

By _____
Douglas A. Miro
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, NY 10036
212-382-0700 (phone)
212-382-0888 (fax)

Date: 3/21/08

By _____
Chester Rothstein
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
212-336-8050 (phone)
212-336-8001 (fax)

Date: 3/25/08

SO ORDERED:

Date: 4/2/2008

The clerk of court is directed to mark this case closed.

_____
U.S.D.J.

393514.1 (00914515.1)